

# Fourth Court of Appeals
## San Antonio, Texas

August 9, 2016

No. 04-15-00342-CV

**VILLA DIJON CONDOMINIUM ASSOCIATION, INC.**
and Implicity Management Company,
Appellants

v.

Mary **WINTERS** and Mila Cheatom,
Appellees

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-CI-03926
Honorable John D. Gabriel, Jr., Judge Presiding

## O R D E R

Appellants' third motion for extension of time to file reply brief is hereby GRANTED. Time is extended to August 16, 2016 with NO FURTHER EXTENSIONS.

It is so **ORDERED** on August 9, 2016.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court